IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KHALIA FREEMAN | : |
| | :    CIVIL ACTION |
| v. | : |
| | :    NO. 21-3515 |
| MOORE EYE CARE, P.C., d/b/a | : |
| MOORE EYE INSTITUTE | : |

## **ORDER**

AND NOW, this 5th day of July, 2022, upon consideration of Defendant's Motion for Summary Judgment (Document No. 11) and Plaintiff's Response in Opposition, it is hereby ORDERED that the Motion is GRANTED and Judgment is entered in favor of Defendant as a matter of law on all of the claims set forth in Plaintiff's Complaint for the reasons outlined in the accompanying Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J